IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAMERON LANNING CORMACK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation, <br><br> Defendant. | Civil Action No. 1:13-cv-198-AJT-TRJ <br><br> JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cameron Lanning Cormack hereby dismisses without prejudice its Complaint against Defendant Northrop Grumman Systems Corporation. Plaintiff states that this notice is being filed with the Court before service of either an answer or a motion for summary judgment by Defendant. Each party is to bear its own costs, expenses, and attorney's fees.

Dated: March 7, 2013

Respectfully Submitted,

**DUANE MORRIS LLP**

By: /s/Joseph J. Aronica
Joseph J. Aronica, Esq.
Virginia Bar No.: 02548
JJAronica@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7800
Facsimile: (202) 478-1885

**ATTORNEY FOR PLAINTIFF
CAMERON LANNING CORMACK**

DM2\4146303.1